UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| In re: PLUMLEY, MARK P | § | Case No. 09-74667 |
| | § | |
| | § | |
| Debtor(s) | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that STEPHEN G. BALSLEY, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
211 South Court Street
Room 110
Rockford, IL  61101

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee.  A hearing on the fee applications and any objection to the Final Report will be held at 09:30AM on 10/20/2010 in Courtroom 115, United States Courthouse,
211 South Court Street
Room 115
Rockford, IL  61101.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: __/ /_____      By:  /s/STEPHEN G. BALSLEY_____
                                                      Trustee

STEPHEN G. BALSLEY
6833 STALTER DRIVE
ROCKFORD, IL  61108

UST Form 101-7-NFR (9/1/2009)

# CERTIFICATE OF NOTICE

```
District/off: 0752-3           User: cshabez               Page 1 of 1                  Date Rcvd: Sep 29, 2010
Case: 09-74667                 Form ID: pdf006             Total Noticed: 23

The following entities were noticed by first class mail on Oct 01, 2010.
db           +Mark P Plumley,    1038 North 8th St.,    Rochelle, IL 61068-1412
aty          +Michelle K Hinds,    Legal Helpers,    233 S. Wacker Dr., Suite 5150,    Chicago, IL 60606-6371
tr           +Stephen G Balsley,    Barrick, Switzer, Long, Balsley, etal,    6833 Stalter Drive,
               Rockford, IL 61108-2579
14623636     +American Express,    c/o Becket and Lee,    Po Box 3001,    Malvern, PA 19355-0701
14881082      American Express Centurion Bank,    POB 3001,    Malvern, PA 19355-0701
14623637     +Bank Of America,    Attn: Bankruptcy NC4-105-02-77,    Po Box 26012,    Greensboro, NC 27420-6012
14623639     +Chase,    Attn: Bankruptcy Dept,    Po Box 100018,    Kennesaw, GA 30156-9204
14623638     +Chase,    800 Brooksedge Blvd,    Westerville, OH 43081-2822
14892709      Chase Bank USA, N.A.,    PO Box 15145,    Wilmington, DE 19850-5145
14623640     +Citi,    P.o. Box 6500,    Sioux Falls, SD 57117-6500
14623641     +Citibank Na,    1000 Technology Dr,    O Fallon, MO 63368-2239
14623642     +Credit First,    Po Box 818011,    Cleveland, OH 44181-8011
14623646    ++HSBC BANK,    ATTN BANKRUPTCY DEPARTMENT,    PO BOX 5213,    CAROL STREAM IL 60197-5213
              (address filed with court: Hsbc Nv,     Hsbc Retail Services Attention: Bankru,     Po Box 15522,
               Wilmington, DC 19850)
14623645     +Hsbc Bank,    Po Box 5253,    Carol Stream, IL 60197-5253
14623647     +Macys/fdsb,    Macy's Bankruptcy,    Po Box 8053,    Mason, OH 45040-8053
15158905     +PRA Receivables Management, LLC,    As Agent Of Portfolio Recovery Assocs.,    c/o Gm,    POB 41067,
               NORFOLK VA 23541-1067
14623649     +Rnb-fields3,    Po Box 9475,    Minneapolis, MN 55440-9475

The following entities were noticed by electronic transmission on Sep 29, 2010.
aty          +E-mail/Text: notice@billbusters.com                            Martin A. Lear,
               Law Offices of Ernesto D. Borges,    105 West Madison,    23rd Floor,    Chicago, IL 60602-4647
14821643      E-mail/PDF: mrdiscen@discoverfinancial.com Sep 30 2010 02:35:19     DISCOVER BANK,
               DFS Services LLC,    PO Box 3025,    New Albany, Ohio   43054-3025
14623643     +E-mail/PDF: mrdiscen@discoverfinancial.com Sep 30 2010 02:35:19     Discover Fin,
               Attention: Bankruptcy Department,    Po Box 3025,    New Albany, OH 43054-3025
15145853      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Sep 30 2010 02:35:06
               Fia Card Services, NA/Bank of America,    by American Infosource Lp As Its Agent,    PO Box 248809,
               Oklahoma City, OK   73124-8809
14968550     +E-mail/PDF: gecsedi@recoverycorp.com Sep 30 2010 02:40:52
               GE Money Bank dba JCPENNEY CREDIT SERVICES,    Care of Recovery Management Systems Corp,
               25 SE 2nd Ave Ste 1120,    Miami FL 33131-1605
14623644     +E-mail/PDF: gecsedi@recoverycorp.com Sep 30 2010 02:40:52      Gemb/jcp,    Attention: Bankruptcy,
               Po Box 103106,    Roswell, GA 30076-9106
                                                                                               TOTAL: 6

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
14623648      Nbgl Bergner
aty*         +Stephen G Balsley,    Barrick, Switzer, Long, Balsley, etal,    6833 Stalter Drive,
               Rockford, IL 61108-2579
                                                                                               TOTALS: 1, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Oct 01, 2010**              **Signature:** *Joseph Speetjens*