**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION**

In re: PLUMLEY, MARK P                                  § Case No. 09-74667
                                                        §
                                                        §
Debtor(s)                                               §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

    STEPHEN G. BALSLEY, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1)  All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2)  A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:  $50,400.00<br>*(without deducting any secured claims)* | Assets Exempt:  $42,800.00 |
| Total Distribution to Claimants: $6,310.67 | Claims Discharged<br>Without Payment:  $43,683.86 |
| Total Expenses of Administration: $1,542.69 | |

    3)  Total gross receipts of $     7,853.36     (see **Exhibit 1**), minus funds paid to the debtor and third parties of $     0.00     (see **Exhibit 2**), yielded net receipts of $7,853.36 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 1,542.69 | 1,542.69 | 1,542.69 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 47,988.00 | 38,173.53 | 38,173.53 | 6,310.67 |
| **TOTAL DISBURSEMENTS** | $47,988.00 | $39,716.22 | $39,716.22 | $7,853.36 |

    4) This case was originally filed under Chapter 7 on October 23, 2009. The case was pending for 15 months.

    5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 02/13/2011         By: /s/STEPHEN G. BALSLEY
                                         Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Checking account with Charter One | 1129-000 | 7,850.00 |
| Interest Income | 1270-000 | 3.36 |
| **TOTAL GROSS RECEIPTS** | | **$7,853.36** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | None | | | | | |
| **TOTAL SECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| STEPHEN G. BALSLEY | 2100-000 | N/A | 1,535.34 | 1,535.34 | 1,535.34 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | N/A | 7.35 | 7.35 | 7.35 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | 1,542.69 | 1,542.69 | 1,542.69 |

**UST Form 101-7-TDR (10/1/2010)**

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | N/A | 0.00 | 0.00 | 0.00 |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | 0.00 | 0.00 | 0.00 | 0.00 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | DISCOVER BANK | 7100-000 | 8,993.00 | 10,195.14 | 10,195.14 | 1,685.41 |
| 2 | American Express Centurion Bank | 7100-000 | 4,280.00 | 4,280.79 | 4,280.79 | 707.68 |
| 3 | Chase Bank USA, N.A. | 7100-000 | 2,201.00 | 1,929.74 | 1,929.74 | 319.02 |
| 4 | Chase Bank USA, N.A. | 7100-000 | 3,767.00 | 2,563.15 | 2,563.15 | 423.73 |
| 5 | GE Money Bank dba JCPENNEY CREDIT SERVICES | 7100-000 | 4,342.00 | 4,443.61 | 4,443.61 | 734.60 |
| 6 | Fia Card Services, NA/Bank of America | 7100-000 | 1,799.00 | 2,228.26 | 2,228.26 | 368.36 |
| 7 | Fia Card Services, NA/Bank of America | 7100-000 | 6,840.00 | 7,604.67 | 7,604.67 | 1,257.17 |
| 8 | PRA Receivables Management, LLC | 7100-000 | 3,945.00 | 4,928.17 | 4,928.17 | 814.70 |
| NOTFILED | Credit First | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Citibank Na | 7100-000 | 1,095.00 | N/A | N/A | 0.00 |
| NOTFILED | Hsbc Bank | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Macys/fdsb Macy's Bankruptcy | 7100-000 | 4,578.00 | N/A | N/A | 0.00 |
| NOTFILED | Rnb-fields3 | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Nbgl Bergner | 7100-000 | 1,413.00 | N/A | N/A | 0.00 |
| NOTFILED | Citi | 7100-000 | 3,224.00 | N/A | N/A | 0.00 |
| NOTFILED | Chase | 7100-000 | 1,511.00 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | |
|---|---|---|---|---|
| **TOTAL GENERAL UNSECURED CLAIMS** | 47,988.00 | 38,173.53 | 38,173.53 | 6,310.67 |

Exhibit 8

Page: 1

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 09-74667　　　　　　　　　　　　　　**Trustee:**　　(330410)　STEPHEN G. BALSLEY
**Case Name:** PLUMLEY, MARK P　　　　　　　　　　**Filed (f) or Converted (c):** 10/23/09 (f)
　　　　　　　　　　　　　　　　　　　　　　　　　　　　**§341(a) Meeting Date:**　11/25/09
**Period Ending:** 02/13/11　　　　　　　　　　　　　　**Claims Bar Date:**　03/05/10

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Checking account with Charter One | 11,000.00 | 7,850.00 | DA | 7,850.00 | FA |
| 2 | First National Bank Checking | 350.00 | 0.00 | DA | 0.00 | FA |
| 3 | Miscellaneous used household goods | 500.00 | 0.00 | DA | 0.00 | FA |
| 4 | Personal used clothing | 400.00 | 0.00 | DA | 0.00 | FA |
| 5 | Loyola University Pension | 36,000.00 | 0.00 | DA | 0.00 | FA |
| 6 | 2000 Chrysler 300M with 90,000 miles | 2,150.00 | 0.00 | DA | 0.00 | FA |
| Int | INTEREST  (u) | Unknown | N/A |  | 3.36 | FA |
| 7 | Assets　　Totals (Excluding unknown values) | **$50,400.00** | **$7,850.00** |  | **$7,853.36** | **$0.00** |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**　　June 30, 2011　　　　**Current Projected Date Of Final Report (TFR):**　　August 25, 2010  (Actual)

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 09-74667  
**Case Name:** PLUMLEY, MARK P  

**Taxpayer ID #:** **-***9141  
**Period Ending:** 02/13/11

**Trustee:** STEPHEN G. BALSLEY (330410)  
**Bank Name:** JPMORGAN CHASE BANK, N.A.  
**Account:** ***-*****05-65 - Money Market Account  
**Blanket Bond:** $1,500,000.00   (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 12/03/09 | {1} | Mark P. Plumley | Proceeds from Debtor's checking account | 1129-000 | 7,850.00 | | 7,850.00 |
| 12/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.0500% | 1270-000 | 0.26 | | 7,850.26 |
| 01/29/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.0500% | 1270-000 | 0.30 | | 7,850.56 |
| 02/26/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.0500% | 1270-000 | 0.29 | | 7,850.85 |
| 03/31/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.0500% | 1270-000 | 0.35 | | 7,851.20 |
| 04/06/10 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is  0.0500% | 1270-000 | 0.05 | | 7,851.25 |
| 04/06/10 | | Wire out to BNYM account 9200******0565 | Wire out to BNYM account 9200******0565 | 9999-000 | -7,851.25 | | 0.00 |

|  |  |  |  | ACCOUNT TOTALS | 0.00 | 0.00 | $0.00 |
|---|---|---|---|---|---|---|---|
|  |  |  |  | Less: Bank Transfers | -7,851.25 | 0.00 | |
|  |  |  |  | **Subtotal** | **7,851.25** | **0.00** | |
|  |  |  |  | Less: Payments to Debtors | | 0.00 | |
|  |  |  |  | **NET Receipts / Disbursements** | **$7,851.25** | **$0.00** | |

{} Asset reference(s)  
Printed: 02/13/2011 09:50 AM   V.12.56

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

**Case Number:** 09-74667  
**Case Name:** PLUMLEY, MARK P  

**Taxpayer ID #:** **-***9141  
**Period Ending:** 02/13/11  

**Trustee:** STEPHEN G. BALSLEY (330410)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******05-65 - Money Market Account  
**Blanket Bond:** $1,500,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Money Market Account Balance |
|---|---|---|---|---|---|---|---|
| 04/06/10 | | Wire in from JPMorgan Chase Bank, N.A. account ********0565 | Wire in from JPMorgan Chase Bank, N.A. account ********0565 | 9999-000 | 7,851.25 | | 7,851.25 |
| 04/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.37 | | 7,851.62 |
| 05/28/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.47 | | 7,852.09 |
| 06/07/10 | 11001 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 06/07/2010 FOR CASE #09-74667 | 2300-000 | | 7.35 | 7,844.74 |
| 06/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.45 | | 7,845.19 |
| 07/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.47 | | 7,845.66 |
| 08/25/10 | Int | The Bank of New York Mellon | Current Interest Rate is 0.0700% | 1270-000 | 0.35 | | 7,846.01 |
| 08/25/10 | | To Account #9200******0566 | Transfer to Closed Market Money Account | 9999-000 | | 7,846.01 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 7,853.36 | 7,853.36 | $0.00 |
| | | | Less: Bank Transfers | | 7,851.25 | 7,846.01 | |
| | | | **Subtotal** | | 2.11 | 7.35 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$2.11** | **$7.35** | |

{} Asset reference(s)    Printed: 02/13/2011 09:50 AM    V.12.56

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 3

| **Case Number:** | 09-74667 | | **Trustee:** | STEPHEN G. BALSLEY (330410) |
| **Case Name:** | PLUMLEY, MARK P | | **Bank Name:** | The Bank of New York Mellon |
| | | | **Account:** | 9200-******05-66 - Checking Account |
| **Taxpayer ID #:** | **-***9141 | | **Blanket Bond:** | $1,500,000.00 (per case limit) |
| **Period Ending:** | 02/13/11 | | **Separate Bond:** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 08/25/10 | | From Account #9200******0565 | Transfer to Closed Market Money Account | 9999-000 | 7,846.01 | | 7,846.01 |
| 10/20/10 | 101 | STEPHEN G. BALSLEY | Dividend paid 100.00% on $1,535.34, Trustee Compensation; Reference: | 2100-000 | | 1,535.34 | 6,310.67 |
| 10/20/10 | 102 | DISCOVER BANK | Dividend paid 16.53% on $10,195.14; Claim# 1; Filed: $10,195.14; Reference: | 7100-000 | | 1,685.41 | 4,625.26 |
| 10/20/10 | 103 | American Express Centurion Bank | Dividend paid 16.53% on $4,280.79; Claim# 2; Filed: $4,280.79; Reference: | 7100-000 | | 707.68 | 3,917.58 |
| 10/20/10 | 104 | Chase Bank USA, N.A. | Dividend paid 16.53% on $1,929.74; Claim# 3; Filed: $1,929.74; Reference: | 7100-000 | | 319.02 | 3,598.56 |
| 10/20/10 | 105 | Chase Bank USA, N.A. | Dividend paid 16.53% on $2,563.15; Claim# 4; Filed: $2,563.15; Reference: | 7100-000 | | 423.73 | 3,174.83 |
| 10/20/10 | 106 | GE Money Bank dba JCPENNEY CREDIT SERVICES | Dividend paid 16.53% on $4,443.61; Claim# 5; Filed: $4,443.61; Reference: | 7100-000 | | 734.60 | 2,440.23 |
| 10/20/10 | 107 | Fia Card Services, NA/Bank of America | Dividend paid 16.53% on $2,228.26; Claim# 6; Filed: $2,228.26; Reference: | 7100-000 | | 368.36 | 2,071.87 |
| 10/20/10 | 108 | Fia Card Services, NA/Bank of America | Dividend paid 16.53% on $7,604.67; Claim# 7; Filed: $7,604.67; Reference: | 7100-000 | | 1,257.17 | 814.70 |
| 10/20/10 | 109 | PRA Receivables Management, LLC | Dividend paid 16.53% on $4,928.17; Claim# 8; Filed: $4,928.17; Reference: | 7100-000 | | 814.70 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 7,846.01 | 7,846.01 | $0.00 |
| | | | Less: Bank Transfers | | 7,846.01 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 7,846.01 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | $0.00 | $7,846.01 | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| MMA # ***-*****05-65 | 7,851.25 | 0.00 | 0.00 |
| MMA # 9200-*****05-65 | 2.11 | 7.35 | 0.00 |
| Checking # 9200-******05-66 | 0.00 | 7,846.01 | 0.00 |
| | $7,853.36 | $7,853.36 | $0.00 |

{} Asset reference(s)    Printed: 02/13/2011 09:50 AM    V.12.56